IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDRE CHINEME, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:21-CV-1851-K-BH |
| ) | |
| JULIA HAYES, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form),* filed on August 9, 2021 (doc. 4), is **DENIED**.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

    SO ORDERED

    Signed December 14th, 2021.

    */s/ Ed Kinkeade*
    **ED KINKEADE**
    **UNITED STATES DISTRICT JUDGE**